Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone:  714.641.5100
Facsimile:  714.546.9035

Wendy C. Larson
California Bar No. 235037
E-mail:  wlarson@pirkeybarber.com
Brandon M. Ress (*Pro Hac Vice application*
forthcoming)
E-mail:  bress@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas  78702
Telephone:  512.322.5200
Facsimile:  512.322-5201

Attorneys for Plaintiff,
Sweet James, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET JAMES LLP,<br><br>        Plaintiff,<br><br>    vs.<br><br>SWEET JUSTICE, P.C., and RAFAEL CONTRERAS SWEET,<br><br>        Defendants. | Case No.   8:23-cv-1415<br><br>**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, REFUSAL OF REGISTRATION, AND RELATED STATE LAW CLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

1

Plaintiff SWEET JAMES LLP ("Plaintiff"), for its Complaint against Defendants SWEET JUSTICE, P.C. and RAFAEL CONTRERAS SWEET (collectively, "Defendant"), alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for Trademark Infringement and Unfair Competition under the Trademark Act of 1946, as amended, 15 U.S.C. 1051 et seq. ("Lanham Act"), for Refusal of Registration pursuant to 15 U.S.C. §1119 and 28 U.S.C. §2201, and for Unfair Competition, Trademark Dilution, and Unjust Enrichment under California law.

2.      This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and Chapter 85 of the Judiciary and Judicial Procedure Code, 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(1) and (2) because the Defendants reside in this judicial district, a substantial part of the events or omissions giving rise to the claims herein occurred within this judicial district, and a substantial part of the property that is the subject of the action is located in this judicial district.

## THE PARTIES

4.      Plaintiff Sweet James LLP is a California limited liability partnership licensed to do business in the State of California with its principal place of business in Newport Beach, California.

5.      On information and belief, Defendant Sweet Justice, P.C. is a professional corporation licensed to do business in the State of California with its principal place of business located at 10153 ½ Riverside Dr., Suite 358, Toluca Lake, California.

6.      On information and belief, Defendant Rafael Contreras Sweet is an individual residing in Los Angeles County, California who is a director and

2

COMPLAINT

shareholder of Sweet Justice, P.C. Sweet Justice, P.C. and Mr. Sweet are collectively referenced herein as "Defendant."

## FACTS

**I.    Plaintiff and its SWEET Marks**

7.    Plaintiff is one of the leading personal injury law firms in Southern California.

8.    Through its founder and managing partner, James Bergener ("Bergener"), Plaintiff has branded and promoted itself with the SWEET JAMES trademark since as early as 2011, and with other SWEET formative marks since as early as 2014.

9.    Plaintiff owns the registered trademarks SWEET JAMES and JUSTICE WITH SWEET JAMES, as well as common law rights in these and other SWEET-formative marks, including SWEET JUSTICE (collectively, the "SWEET Marks"), and uses these marks in connection with its legal services.

10.    Plaintiff actively promotes the SWEET Marks. For several years, Bergener has appeared on Southern California radio stations promoting the SWEET Marks, including a segment on KIIS, KLOS, KROQ, KFYI, KCAL, KLAC. Plaintiff advertises with the SWEET Marks on radio, television, sports teams, and on billboards in California, Nevada, and Arizona. Plaintiff advertises with the SWEET Marks through social media. Plaintiff engages in sponsorship deals, such that it has been designated as an official partner of The Phoenix Suns, as well as a the "official attorney" of the Los Angeles Clippers. Since 2012, Plaintiff has spent millions of dollars promoting its SWEET Marks.

11.    While other personal injury firm advertising may use aggressive messaging and trademarks, Plaintiff's SWEET Marks are highly distinctive and stand out due to the unique, incongruous nature of the meaning of the word "SWEET" in this context.

COMPLAINT

12.     Plaintiff's promotion of its SWEET Marks has been highly successful. Since Plaintiff began using its SWEET Marks, its revenues have substantially increased. The SWEET Marks have been so successful they have allowed Plaintiff to enter into lucrative referral agreements with prominent personal injury attorneys throughout the United States who recognize the value and strength of the SWEET Marks and brand.

13.     Based on the foregoing, consumers associate the SWEET Marks uniquely with Plaintiff in connection with legal services.

14.     In addition to its extensive common law rights, Plaintiff has obtained federal trademark registrations for certain of its SWEET Marks, including: (i) U.S. Trademark Reg. No. 4,723,659 for the mark SWEET JAMES for "Legal services"; and (ii) U.S. Trademark Reg. No. 5,517,761 for the mark JUSTICE WITH SWEET JAMES for "Entertainment services, namely, providing an ongoing radio program in the field of law and current events." True and correct print-outs of Plaintiff's registration certificates for the aforementioned marks are attached hereto as **Exhibits 1 and 2**. Each of the foregoing registrations is valid, in effect, and registered on the Principal Trademark Register of the United States Patent & Trademark Office ("USPTO"). Additionally, Plaintiff has a pending application for SWEET JUSTICE for legal services (Application Ser. No. 97127146) ("Plaintiff's Application"), attached as **Exhibit 3**.

II.     **Defendant's Activities**

15.      On information and belief, Defendant offers personal injury law firm services in Southern California.

16.     On information and belief, Defendant Rafael Contreras Sweet directs, controls, ratifies, participates in, and/or is the moving force behind the activities complained of herein.

17.     On information and belief, Defendant commenced using SWEET JUSTICE almost ten years after Plaintiff adopted the SWEET JAMES trademark,

1   and after Plaintiff commenced use of all of its SWEET Marks, including Plaintiff's

2   identical mark, SWEET JUSTICE.

3       18.    On information and belief, Defendant was well aware of Plaintiff and

4   its famous SWEET Marks in the Southern California region when it adopted its

5   SWEET JUSTICE mark.

6       19.    On information and belief, Defendant knowingly adopted a name

7   confusingly similar to Plaintiff's SWEET Marks for its legal practice.

8       20.    Defendant Sweet Justice, P.C. filed a trademark application with the

9   USPTO to register SWEET JUSTICE for "legal services; litigation services"

10  ("Defendant's Application"). When Defendant's Application was refused by the

11  USPTO based on Plaintiff's pending Application, Defendant Sweet Justice P.C.

12  opposed Plaintiff's Application at the Trademark Trial and Appeal Board at the

13  USPTO (Opposition No. 91284592). That opposition is currently pending.

14  **III.    Effect of Defendant's Activities**

15      21.    Defendant's unauthorized use of the mark SWEET JUSTICE is likely

16  to cause confusion, to cause mistake, and/or to deceive consumers and potential

17  consumers of the parties, at least as to some affiliation, connection, or association of

18  Defendant with Plaintiff, or as to the approval of Defendant's services by Plaintiff.

19      22.    Defendant's unauthorized use of SWEET JUSTICE removes from

20  Plaintiff the ability to control the nature and quality of the services provided under

21  the mark, and places the valuable reputation and goodwill of Plaintiff in the hands of

22  Defendant, over whom Plaintiff has no control.  The potential harm is heightened

23  here, given that the parties are in overlapping geographic regions, offering the same

24  type of legal representation (personal injury representation), and attorneys practicing

25  personal injury law often work across law firms in a referral network context.

26      23.    Defendant's unauthorized use of SWEET JUSTICE falsely designates

27  the origin of its services, and falsely and misleadingly describes and represents facts

28  with respect to Defendant and its services.

24.     Defendant's unauthorized use of SWEET JUSTICE enables Defendant to trade on and receive the benefit of goodwill build up at great labor and expense by Plaintiff over many years, and to gain acceptance for its services not solely on its own merits, but on the reputation and goodwill of Plaintiff, its SWEET Marks, and its services.

25.     Defendant's unauthorized use of SWEET JUSTICE is likely to dilute Plaintiff's famous SWEET JAMES mark in California.

26.     Defendant's unauthorized use of SWEET JUSTICE unjustly enriches Defendant at Plaintiff's expense. Defendant has been and continues to be unjustly enriched by obtaining a benefit from Plaintiff by taking undue advantage of Plaintiff and its goodwill. Specifically, Defendant has traded and profited from the goodwill in the SWEET Marks developed and owned by Plaintiff, resulting in Defendant wrongfully obtaining a monetary and reputational benefit for its own services.

27.     Unless these acts of Defendant are restrained by this Court, they will continue, and will continue to cause irreparable injury to Plaintiff and to the public for which there is no adequate remedy at law.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

*(Trademark Infringement Under the Lanham Act, 15 U.S.C. §§ 1114, 1117)*

28.     Plaintiff repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

29.     The acts of Defendant complained of herein constitute service mark infringement of Plaintiff's federally registered marks SWEET JAMES and JUSTICE WITH SWEET JAMES in violation of 15 U.S.C. §1114(1). Defendant's use of SWEET JUSTICE is likely to cause confusion, or to cause mistake, or to deceive. In particular, actual or potential clients and others are likely to be confused as to whether Defendant is affiliated with, connected to, or associated with Plaintiff, or whether Plaintiff sponsors or approves Defendant's services.

30.     Defendant's acts have caused and will cause significant damages, including Plaintiff's lost sales and Defendant's wrongful profits in an amount to be determined, and irreparable harm to Plaintiff. Moreover, Defendant's conduct has caused and unless enjoined by this Court will continue to cause significant harm to Plaintiff's reputation and goodwill which Plaintiff has established through years of effort and expense, for which irreparable injury Plaintiff has no adequate remedy at law.

31.     Defendant's conduct has been willful with full knowledge of Plaintiff's trademark rights. Defendant will continue such willful and intentional conduct unless enjoined by this Court. In light of the willful nature of Defendant's conduct, this is an "exceptional" case under the Lanham Act, which entitles Plaintiff to its attorneys' fees in this action and enhanced damages.

## SECOND CLAIM FOR RELIEF

*(Unfair Competition, False Designation of Origin - 15 U.S.C. § 1125(a))*

32.     Plaintiff repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

33.     Upon information and belief, Defendant's acts and conduct complained of herein constitute unfair competition, false endorsement, false association, and/or false designation of origin in violation of 15 U.S.C. § 1125(a). Defendant's use of SWEET JUSTICE is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association between Plaintiff and Defendant, and as to the origin, sponsorship or approval of Defendant's goods or services. In particular, actual or potential clients and others are likely to be confused as to whether Defendant is affiliated with, connected to, or associated with Plaintiff, or whether Plaintiff sponsors or approves Defendant's services.

34.     Defendant's acts have caused and will cause significant damages, including Plaintiff's lost sales and Defendant's wrongful profits in an amount to be determined, and irreparable harm to Plaintiff. Moreover, Defendant's conduct has

1   caused and unless enjoined by this Court will continue to cause significant harm to

2   Plaintiff's reputation and goodwill which Plaintiff has established through years of

3   effort and expense, for which irreparable injury Plaintiff has no adequate remedy at

4   law.

5        35.    Defendant's conduct has been willful with full knowledge of Plaintiff's

6   trademark rights. Defendant will continue such willful and intentional conduct unless

7   enjoined by this Court. In light of the willful nature of Defendant's conduct, this is an

8   "exceptional" case under the Lanham Act, which entitles Plaintiff to its attorneys' fees

9   in this action and enhanced damages.

10                    **THIRD CLAIM FOR RELIEF**

11            *(Trademark Dilution Under Cal. Bus. & Prof. Code § 14247)*

12       36.    Plaintiff repeats and incorporates by reference the foregoing statements

13   and allegations as though set forth fully herein.

14       37.    The SWEET JAMES trademark is famous and widely recognized by the

15   general consuming public of California, or a geographic area of California. The

16   SWEET JAMES trademark was famous before and at the time Defendant began using

17   the SWEET JUSTICE name and trademark in connection with legal services.

18       38.    Defendant's use of the SWEET JUSTICE name and mark in connection

19   with legal services is likely to dilute the distinctive quality of the famous SWEET

20   JAMES trademark, such that the value of the famous SWEET JAMES trademark will

21   be whittled away.

22       39.    Defendant's acts and conduct complained of herein demonstrate willful

23   intent to dilute the famous SWEET JAMES trademark.

24       40.    Defendant's acts and conduct complained of herein constitute trademark

25   dilution in violation of Cal. Bus. & Prof. Code § 14247.

26

27

28

**FOURTH CLAIM FOR RELIEF**

*(Unfair Competition Under Cal. Bus. & Prof. Code § 17200 et seq.)*

41.     Plaintiff repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

42.     Defendant's acts alleged herein constitute unfair, unlawful, and fraudulent business acts and practices under California Business & Professions Code § 17200, et seq., because such acts are forbidden by various state and federal laws and are unscrupulous, unfair, and injurious to Plaintiff. Defendant's acts have irreparably damaged Plaintiff and the consuming public and will continue to do so unless restrained by this Court. Defendant's acts have caused damage to Plaintiff, including incidental and general damages, lost profits, and out-of-pocket expenses. Defendant should therefore be required to disgorge and restore to Plaintiff all profits and other expenses as may be incurred by Plaintiffs.

**FIFTH CLAIM FOR RELIEF**

*(Common Law Unfair Competition)*

43.     Plaintiff repeats and incorporates by reference the statements and allegations in the preceding paragraphs of the Complaint as though set forth fully herein.

44.     Defendant's acts and conduct complained of herein constitute unfair competition in violation of California common law. Defendant's acts have caused and will cause significant damages, including Plaintiff's lost sales and Defendant's wrongful profits in an amount to be determined, and irreparable harm to Plaintiff. Moreover, Defendant's conduct has caused and unless enjoined by this Court will continue to cause significant harm to Plaintiff's reputation and goodwill which Plaintiff has established through years of effort and expense, for which irreparable injury Plaintiff has no adequate remedy at law.

45.     Defendant's conduct was done with a conscious disregard of the rights

1  of Plaintiff and with the intent to vex, injure, or annoy such as to constitute

2  oppression, fraud, or malice under California Civil Code section 3294 and/or the

3  common law of California, entitling Plaintiff to punitive damages in an amount

4  appropriate to punish or set an example of Defendant.

## SIXTH CLAIM FOR RELIEF

*(Refusal of Registration)*

7  46.     Plaintiff repeats and incorporates by reference the statements and

8  allegations in the preceding paragraphs of the Complaint as though set forth fully

9  herein.

10  47.     This Court has the power under 15 U.S.C. §1119 and 28 U.S.C. §2201 to

11  determine Defendant's right to registration of the mark SWEET JUSTICE.

12  48.     The mark SWEET JUSTICE so resembles Plaintiffs SWEET Marks,

13  including Plaintiff's SWEET JUSTICE mark, as to be likely to cause confusion, or to

14  cause mistake, or to deceive. Defendant's Application should therefore be refused for

15  registration under 15 U.S.C. §1052(d).

16  49.     Plaintiff petitions the Court to order the USPTO to refuse registration of

17  Defendant's Application pursuant to 15 U.S.C. §1119 and 28 U.S.C. §2201.

## PRAYER FOR RELIEF

19  **WHEREFORE**, based on Defendant's conduct complained of herein, Plaintiff

20  asks this Court for the following relief against Defendant:

21  A.     Defendant, its officers, agents, servants, employees, and attorneys,

22  and other persons who are in active participation with any of them, be permanently

23  enjoined and restrained from using the mark SWEET JUSTICE, the domain name

24  sweetjustice.com, and any other mark, name, domain name, social media handle,

25  or design that is confusingly similar or likely to cause dilution of Plaintiff's

26  SWEET Marks, and from any attempt to retain any part of the goodwill

27  misappropriated from Plaintiff;

28

COMPLAINT

1    B.      Defendant, its officers, agents, servants, employees, and attorneys,

2    and other persons who are in active participation with any of them, be required to

3    deliver up and destroy all signage, letterhead, business cards, advertisements,

4    commercials, internet postings and advertisements, and any other material bearing

5    or using the SWEET JUSTICE mark, and/or any other mark, name or design that is

6    confusingly similar or likely to cause dilution of the SWEET Marks;

7    C.      Defendant be ordered to file with this Court and to serve upon

8    Plaintiff, within thirty days after the entry and service on Defendant of an

9    injunction, a report in writing and under oath setting forth in detail the manner and

10   form in which Defendant has complied with the injunction;

11   D.      Plaintiff recover all damages it has sustained as a result of

12   Defendant's activities;

13   E.      An accounting be directed to determine Defendant's profits resulting

14   from its activities and such profits be paid over to Plaintiff, increases as the Court

15   finds to be just under the circumstances of this case;

16   F.      The Court determine that Defendant is not entitled to registration of

17   Defendant's Application, and certify and Order pursuant to 15 USC §1119 refusing

18   registration of Defendant's Application to the USPTO Director, who shall make

19   appropriate entry upon the records of the USPTO and shall be controlled thereby;

20   G.      That this case be deemed "exceptional" under the Lanham Act and

21   that any monetary award be trebled;

22   H.      Plaintiff recover punitive damages;

23   I.      Plaintiff recover its reasonable attorneys' fees;

24   J.      Plaintiff recover its costs of the action and prejudgment and post-

25   judgment interest; and

26   K.      Plaintiff recover any and all relief the court may deem just and proper.

27

28

---

11

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury for all issues so triable, pursuant to Fed. R. Civ. P. 38.

Dated: August 4, 2023                    RUTAN & TUCKER, LLP
                                         RONALD P. OINES


                                         By: _____
                                              Ronald P. Oines


                                         PIRKEY BARBER PLLC
                                         Wendy C. Larson (Bar No. 235037)
                                         Brandon M. Ress (*Pro Hac Vice application* forthcoming)

                                         *Attorneys for Plaintiff Sweet James, LLP*

COMPLAINT

# EXHIBIT 1



# United States of America

## United States Patent and Trademark Office

# SWEET JAMES

**Reg. No. 4,723,659**

**Registered Apr. 21, 2015**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BERGENER & ASSOCIATES, A PROFESSIONAL CORPORATION (CALIFORNIA CORPORATION)
SUITE 1400
4675 MACARTHUR COURT
NEWPORT BEACH, CA 92660

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2011; IN COMMERCE 6-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-393,386, FILED 9-12-2014.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2023-08-01 15:58:16 EDT

**Mark:** SWEET JAMES

# SWEET JAMES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86393386 | **Application Filing Date:** | Sep. 12, 2014 |
| **US Registration Number:** | 4723659 | **Registration Date:** | Apr. 21, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** Aug. 14, 2020

**Publication Date:** Feb. 03, 2015

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | SWEET JAMES |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Legal services | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 2011 | **Use in Commerce:** | Jun. 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | SWEET JAMES LLP |
| **Owner Address:** | SUITE 200 |
| | 4220 VON KARMAN, SUITE 200 |
| | NEWPORT BEACH, CALIFORNIA UNITED STATES 92660 |
| **Legal Entity Type:** | LIMITED LIABILITY PARTNERSHIP |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Anna Kuhn | **Docket Number:** | BERG007US |
| **Attorney Primary Email Address:** | tmcentral@pirkeybarber.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Anna Kuhn |
| | Pirkey Barber PLLC |
| | 1801 East 6th Street, Suite 300 |
| | Austin, TEXAS UNITED STATES 78702 |

| | | | |
|---|---|---|---|
| **Phone:** | 512-322-5200 | **Fax:** | 512-322-5201 |
| **Correspondent e-mail:** | tmcentral@pirkeybarber.com akuhn@pirkeybarber.com dhund@pirkeybarber.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 20, 2023 | TEAS SECTION 15 RECEIVED | |
| May 24, 2021 | NOTICE OF SUIT | |
| Apr. 15, 2021 | NOTICE OF SUIT | |
| Aug. 14, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Aug. 14, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 74886 |
| Jul. 21, 2020 | TEAS SECTION 8 RECEIVED | |
| Jul. 09, 2020 | POST REGISTRATION ACTION MAILED - SEC. 8 | 74886 |
| Jul. 06, 2020 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jun. 29, 2020 | POST REGISTRATION ACTION MAILED - SEC. 8 | 74886 |
| Jun. 25, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Apr. 21, 2020 | TEAS SECTION 8 RECEIVED | |
| Apr. 21, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 15, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 30, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 30, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 12, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jun. 19, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 19, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 21, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 03, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 03, 2015 | PUBLISHED FOR OPPOSITION | |
| Jan. 14, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 26, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 26, 2014 | ASSIGNED TO EXAMINER | 72146 |
| Sep. 19, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 16, 2014 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: TMO LAW OFFICE 118 | Date in Location: Aug. 14, 2020 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 2 | Registrant: Bergener & Associates, A Professional Corporation |

## Assignment 1 of 2

| | | |
|---|---|---|
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 6095/0869 | Pages: 3 |
| Date Recorded: | Jun. 30, 2017 | |
| Supporting Documents: | assignment-tm-6095-0869.pdf | |

| | | |
|---|---|---|
| **Assignor** | | |
| Name: | BERGENER & ASSOCIATES, A PROFESSIONAL CORPORATION | Execution Date: Jun. 01, 2015 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: CALIFORNIA |

| | | |
|---|---|---|
| **Assignee** | | |
| Name: | BERGENER MIREJOVSKY, A PROFESSIONAL CORPORATION | |
| Legal Entity Type: | PROFESSIONAL CORPORATION | State or Country Where Organized: CALIFORNIA |
| Address: | 4220 VON KARMAN AVENUE SUITE 200 NEWPORT BEACH, CALIFORNIA 92660 | |

| | |
|---|---|
| **Correspondent** | |
| Correspondent Name: | ANNA KUHN - PIRKEY BARBER PLLC |
| Correspondent Address: | 600 CONGRESS AVENUE, SUITE 2120 AUSTIN, TX 78701 |

| |
|---|
| **Domestic Representative - Not Found** |

## Assignment 2 of 2

| | | |
|---|---|---|
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 6911/0621 | Pages: 2 |
| Date Recorded: | Apr. 07, 2020 | |
| Supporting Documents: | assignment-tm-6911-0621.pdf | |

| | | |
|---|---|---|
| **Assignor** | | |
| Name: | BERGENER & ASSOCIATES | Execution Date: Jan. 01, 2020 |
| Legal Entity Type: | LIMITED LIABILITY PARTNERSHIP | State or Country Where Organized: CALIFORNIA |

| | | |
|---|---|---|
| **Assignee** | | |
| Name: | SWEET JAMES LLP | |
| Legal Entity Type: | LIMITED LIABILITY PARTNERSHIP | State or Country Where Organized: CALIFORNIA |
| Address: | 4220 VON KARMAN, SUITE 200 SUITE 200 NEWPORT BEACH, CALIFORNIA 92660 | |

| | |
|---|---|
| **Correspondent** | |
| Correspondent Name: | JAMES BERGENER |
| Correspondent Address: | 4220 VON KARMAN SUITE 200 NEWPORT BEACH, CA 92660 |

**Domestic Representative - Not Found**

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

## JUSTICE WITH SWEET JAMES

**Reg. No. 5,517,761**

**Registered Jul. 17, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Bergener Mirejovsky, a professional corporation  (CALIFORNIA professional corporation )
Suite 200
4220 Von Karman Avenue
Newport Beach, CALIFORNIA 92660

CLASS 41: Entertainment services, namely, providing an ongoing radio program in the field of law and current events

FIRST USE 11-00-2014; IN COMMERCE 11-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "SWEET JAMES", whose consent(s) to register is made of record.

SER. NO. 87-674,735, FILED 11-07-2017



Director of the United States
Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2023-08-01 15:58:53 EDT

**Mark:** JUSTICE WITH SWEET JAMES

JUSTICE WITH SWEET JAMES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87674735 | **Application Filing Date:** | Nov. 07, 2017 |
| **US Registration Number:** | 5517761 | **Registration Date:** | Jul. 17, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 17, 2018

**Publication Date:** May 01, 2018

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | JUSTICE WITH SWEET JAMES |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "SWEET JAMES", whose consent(s) to register is made of record. |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Entertainment services, namely, providing an ongoing radio program in the field of law and current events | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 2014 | **Use in Commerce:** | Nov. 2014 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** SWEET JAMES LLP

**Owner Address:** 4220 VON KARMAN, SUITE 200
SUITE 200
NEWPORT BEACH, CALIFORNIA UNITED STATES 92660

**Legal Entity Type:** LIMITED LIABILITY PARTNERSHIP       **State or Country** CALIFORNIA
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Anna Kuhn                    **Docket Number:** BERG009US

**Attorney Primary** tmcentral@pirkeybarber.com      **Attorney Email** Yes
**Email Address:**                           **Authorized:**

**Correspondent**

**Correspondent** Anna Kuhn
**Name/Address:** Pirkey Barber PLLC
1801 East 6th Street, Suite 300
Austin, TEXAS UNITED STATES 78702

**Phone:** 512-322-5200                    **Fax:** 512-322-5201

**Correspondent e-** tmcentral@pirkeybarber.com akuhn@pirkeybarbe   **Correspondent e-** Yes
**mail:** r.com                          **mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 17, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 15, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 30, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 30, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 17, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| May 01, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 01, 2018 | PUBLISHED FOR OPPOSITION | |
| Apr. 11, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 26, 2018 | ASSIGNED TO LIE | 70884 |
| Mar. 16, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 15, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 15, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 20, 2018 | NON-FINAL ACTION WRITTEN | 69940 |
| Feb. 20, 2018 | ASSIGNED TO EXAMINER | 69940 |
| Nov. 16, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 10, 2017 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** Jul. 17, 2018

## Assignment Abstract Of Title Information

| Summary | |
| --- | --- |
| **Total Assignments:** 1 | **Registrant:** Bergener Mirejovsky, a professional corporation |

### Assignment 1 of 1

| | | | |
| --- | --- | --- | --- |
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 6911/0619 | **Pages:** | 2 |
| **Date Recorded:** | Apr. 07, 2020 | | |
| **Supporting Documents:** | assignment-tm-6911-0619.pdf | | |

| Assignor | | | |
| --- | --- | --- | --- |
| **Name:** | BERGENER MIREJOVSKY | **Execution Date:** | Jan. 01, 2020 |
| **Legal Entity Type:** | LIMITED LIABILITY PARTNERSHIP | **State or Country Where Organized:** | CALIFORNIA |

| Assignee | | | |
| --- | --- | --- | --- |
| **Name:** | SWEET JAMES LLP | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | LIMITED LIABILITY PARTNERSHIP | | |
| **Address:** | 4220 VON KARMAN, SUITE 200 SUITE 200 NEWPORT BEACH, CALIFORNIA 92660 | | |

| Correspondent | |
| --- | --- |
| **Correspondent Name:** | JAMES BERGENER |
| **Correspondent Address:** | 4220 VON KARMAN SUITE 200 NEWPORT BEACH, CA 92660 |

| Domestic Representative - Not Found |
| --- |

# EXHIBIT 3

**Generated on:** This page was generated by TSDR on 2023-08-01 14:34:10 EDT

**Mark:** SWEET JUSTICE

SWEET JUSTICE

| | | |
|---|---|---|
| **US Serial Number:** 97127146 | | **Application Filing Date:** Nov. 16, 2021 |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** Yes |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Apr. 20, 2023

**Publication Date:** Apr. 04, 2023

## Mark Information

**Mark Literal Elements:** SWEET JUSTICE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "JUSTICE"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Legal services

**International Class(es):** 045 - Primary Class    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Sweet James, LLP |
| **Owner Address:** | Suite 200 |
| | 4220 Von Karman Ave. |
| | Newport Beach, CALIFORNIA UNITED STATES 92660 |
| **Legal Entity Type:** | limited liability partnership |

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | WENDY C. LARSON | **Docket Number:** | BERG013 |
| **Attorney Primary Email Address:** | tmcentral@pirkeybarber.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | WENDY C. LARSON |
| | PIRKEY BARBER PLLC |
| | 1801 EAST 6TH STREET |
| | SUITE 300 |
| | AUSTIN, TEXAS UNITED STATES 78702 |

| | | | |
|---|---|---|---|
| **Phone:** | 512-322-5200 | **Fax:** | 512-322-5201 |
| **Correspondent e-mail:** | tmcentral@pirkeybarber.com wlarson@pirkeybarber.com akuhn@pirkeybarber.com drausa@pirkeybarber.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 20, 2023 | OPPOSITION INSTITUTED NO. 999999 | 284592 |
| Apr. 20, 2023 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Apr. 04, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 04, 2023 | PUBLISHED FOR OPPOSITION | |
| Mar. 15, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 28, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 23, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 23, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 23, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 31, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 31, 2022 | NON-FINAL ACTION E-MAILED | |
| Aug. 31, 2022 | NON-FINAL ACTION WRITTEN | 95883 |
| Aug. 26, 2022 | ASSIGNED TO EXAMINER | 95883 |
| Nov. 22, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 19, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | PATEL, SHEENA K | **Law Office Assigned:** | LAW OFFICE 106 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Feb. 28, 2023 |

## Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91284592 | **Filing Date:** | Apr 20, 2023 |
| **Status:** | Pending | **Status Date:** | Apr 20, 2023 |
| **Interlocutory Attorney:** | WENDY COHEN | | |

#### Defendant

| | |
|---|---|
| **Name:** | Sweet James, LLP |
| **Correspondent Address:** | WENDY C. LARSON<br>PIRKEY BARBER PLLC<br>1801 EAST 6TH STREET, SUITE 300<br>AUSTIN TX UNITED STATES , 78702 |
| **Correspondent e-mail:** | tmcentral@pirkeybarber.com , wlarson@pirkeybarber.com , akuhn@pirkeybarber.com , drausa@pirkeybarber.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SWEET JUSTICE | | 97127146 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Sweet Justice, P.C. |
| **Correspondent Address:** | ERIK CEJA<br>THE CEJA FIRM<br>13536 LAKEWOOD BLVD, NO. 158<br>BELLFLOWER CA UNITED STATES , 90706 |
| **Correspondent e-mail:** | erik@cejafirm.com , wsp@njpls.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SWEET JUSTICE | | 97275086 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 5 | D CHANGE OF CORRESP ADDRESS | Jul 28, 2023 | |
| 4 | ANSWER | May 30, 2023 | |
| 3 | INSTITUTED | Apr 20, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 20, 2023 | May 30, 2023 |
| 1 | FILED AND FEE | Apr 20, 2023 | |